# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE SPYRIDAKIS, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-1545 |
| | : | |
| THE RIESLING GROUP, INC. d/b/a CE CREDITS ONLINE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## Order

**AND NOW** on this ___ day of October, 2009, upon consideration of defendant's motion to dismiss (Doc. No. 4), plaintiff's response thereto and defendant's reply, **IT IS HEREBY ORDERED** that defendant's motion to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** as to Counts I, II, and III and plaintiff's complaint is **DISMISSED** as to these counts with prejudice. The action is remanded to the Philadelphia Court of Common Pleas for disposition of Count IV.

                                                          s/William H. Yohn Jr.
                                                          William H. Yohn Jr., Judge